■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW FREEMAN, Appellant. [9 NYS3d 911]—Appeal from a resentence of the Onondaga County Court (William D. Walsh, J.), rendered November 28, 2011. Defendant was resentenced upon his conviction of burglary in the first degree (two counts), aggravated assault upon a police officer or peace officer and criminal possession of a weapon in the second degree (two counts).

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.

■ In the Matter of SHOPPINGTOWN MALL, LLC (LBUBS), Respondent, v ASSESSOR, TOWN OF DEWITT, et al., Respondents, and JAMESVILLE DEWITT CENTRAL SCHOOL DISTRICT, Intervenor-Respondent. SHOPPINGTOWN MALL NY, LLC, Proposed Intervenor-Appellant. [9 NYS3d 912]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered July 10, 2014 in a proceeding pursuant to RPTL article 7. The order denied the motion of Shoppingtown Mall NY, LLC to intervene.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Peradotto, Valentino and Whalen, JJ.

■ In the Matter of JAMES STANBACK, Petitioner, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [9 NYS3d 912]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Michael M. Mohun, A.J.], entered Nov. 17, 2014) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Carni, Lindley and DeJoseph, JJ.